IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LUCAS CARRILLO**, Personal Representative of the Estate of Aaron Joseph Danielson,<br><br>Plaintiff,<br><br>v.<br><br>**THE CITY OF PORTLAND**, a municipal corporation; **MICHAEL SCHMIDT**, an individual; and **EDWARD TEVIS (TED) WHEELER**, an individual<br><br>Defendants. | Case No. 3:21-cv-1340-YY<br><br>**JUDGMENT** |

Based on the Court's ORDERS dated August 30, 2022 and September 1, 2022,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 1st day of September, 2022.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT