**Christopher L. Cauble,** OSB No. 962374
ccauble@thecaublefirm.com
**CAUBLE & WHITTINGTON LLP**
**Grants Pass Office**
111 SE Sixth Street
Grants Pass, OR  97526
Telephone: (541) 476-8825
Facsimile: (541) 471-1704

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **THE ESTATE OF AARON J. DANIELSON,**<br><br>Plaintiff;<br><br>v.<br><br>**THE CITY OF PORTLAND, OREGON; DISTRICT ATTORNEY MICHAEL SCHMIDT; MAYOR/COMMISSIONER EDWARD TEVIS (TED) WHEELER;**<br><br>Defendants. | Case No.: 3:21-cv-01340-YY<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Notice is hereby given under Fed.R.App Rule 3. that Plaintiff, LUCAS SILAS CARRILLO, for THE ESTATE OF AARON J. DANIELSON , hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Order and Judgment of the United States District Court for the District of Oregon, granting Motion to Dismiss and Dismissal of the case. (Dkt. Nos. 50 and 51).

Dated this 15th day of September, 2022.

                                **CAUBLE & WHITTINGTON, LLP**

                                */s/ Christopher L. Cauble*
                                Christopher L. Cauble, OSB No. 962374
                                ccauble@thecaublefirm.com
                                *Of Attorneys for Plaintiffs*

Page 2 – PLAINTIFF'S NOTICE OF APPEAL

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically to the following counsel of record via the Court's electronic filing system on the 15th day of September, 2022, according to this Court's provision for service:

**William W. Manlove , III**
**Caroline Turco**
City of Portland
1221 SW Fourth Avenue
Suite 430
Portland, OR 97204
503-823-4047
Fax: 503-823-3089
Email: William.Manlove@portlandoregon.gov
Email: caroline.turco@portlandoregon.gov

*Of Attorneys for City of Portland*
*Of Attorneys for Ted Wheeler*

**Jill Schneider**
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
971-673-1880
Fax: 971-673-5000
Email: Jill.Schneider@doj.state.or.us

*Attorneys for Defendant Michael Schmidt*

DATED this 15th September, 2022.

        **CAUBLE & WHITTINGTON, LLP**

        */s/ Christopher L. Cauble*
        Christopher L. Cauble, OSB No. 962374
        ccauble@thecaublefirm.com

        *Of Attorney for Plaintiffs*